B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Marilyn Lynn Roberts**                                    Case No.    13 B 38920
                              Debtor(s)                              Chapter    7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __76.50__    Check one    ☐ With the filing of the petition, or
                            ☒ On or before __10/30/13__

$ __76.50__    on or before __11/27/13__

$ __76.50__    on or before __12/24/13__

$ __76.50__    on or before __1/22/14__

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Date __October 8, 2013__

BY THE COURT

_Pamela S Hollis_
*United States Bankruptcy Judge*